1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9

DANIEL M. SALGADO,                    ) Case No. EDCV 14-2612-ODW (JPR)

10                                              )

                    Petitioner,       )        **J U D G M E N T**

11                                              )

                    v.                )

12                                              )

DAVE DAVEY, Warden,                   )

13                                              )

                    Respondent.       )

14  _____   )

15

16      Pursuant to the Order Accepting Findings and Recommendations

17  of U.S. Magistrate Judge,

18      IT IS HEREBY ADJUDGED that this action is dismissed with

19  prejudice.

20

21  DATED: February 17, 2016       _____

22                                  OTIS D. WRIGHT, II
                                    U.S. DISTRICT JUDGE
23

24

25

26

27

28